UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 17, 2011

No. 10-1908

FRANKLIN BENJAMIN, by and through his
next friend, Andree Yock; RICHARD
GROGG; FRANK EDGETT, by
and through their next friend,
Joyce McCarthy; SYLVIA BALDWIN,
by and through her next friend Shirl Meyers, et al.

v.

DEPARTMENT OF PUBLIC WELFARE
OF THE COMMONWEALTH OF PENNSYLVANIA;
SECRETARY OF PUBLIC WELFARE
OF THE COMMONWEALTH OF PENNSYLVANIA

CRAIG SPRINGSTEAD, etc., et al.,
Appellants
(Pursuant to Fed. R. App. 12(a))

(M.D. Pa. No. 09-cv-01182)

Present: JORDAN, GREENAWAY, Jr., and STAPLETON, Circuit Judges

1. Motion by Amicus Appellant Diane Solano to File Brief that Provides Information Sought at Oral Argument.
2. Response in Opposition by Appellees.

Respectfully,
Clerk/MCW

Argued **02/07/2011**

_____ORDER_____

The foregoing motion is GRANTED with filing as of February 15, 2011.

By the Court,

/s/ Walter K. Stapleton
Circuit Judge

Dated: April 5, 2011
MCW/cc: All Counsel of Record